IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: : CHAPTER 13
:
ROBERT G. HECKMAN and :
TERRY L. HECKMAN, his wife, : Case No. 5:16-bk-04645
Debtors :

## ORDER GRANTING LEAVE TO AMEND
## CHAPTER 13 PLAN POST-CONFIRMATION

Upon consideration of Debtors' Motion to Amend their Chapter 13 Post-Confirmation, it is hereby ORDERED and DECREED that the Debtors shall be granted leave to AMEND their Chapter 13 Plan Post-Confirmation.