IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: : CHAPTER 13
:
ROBERT G. HECKMAN and :
TERRY L. HECKMAN, his wife, : Case No. 5:16-bk-04645
    Debtors :

## CERTIFICATE OF SERVICE

    I, Thomas K. Noonan, Esquire, hereby certify that I have on the date stated below, served a copy of the attached Motion to Amend Chapter 13 Plan Post-Confirmation, a copy of the Proposed Order and a copy of the Second Amended Chapter 13 Plan Post-Confirmation and Notice to Creditors and Other Parties in Interest, by electronically notifying the parties or by depositing a true and correct copy in the United States Mail, First Class Mail, Postage Prepaid, addressed to the following:

**ALL CREDITORS AND PARTIES IN INTEREST ON THE ATTACHED MATRIX.**

Date: 12·9·20

                                                            Thomas K. Noonan, Esquire
                                                            Attorney ID No. 21617
                                                            306 Mahantongo Street
                                                            Pottsville, PA 17901
                                                            Phone: 570-628-2461
                                                            Fax: 570-628-4498
                                                            Email: tknesq@ptd.net

Label Matrix for local noticing
0314-5
Case 5:16-bk-04645-RNO
Middle District of Pennsylvania
Wilkes-Barre
Tue Dec  1 10:49:26 EST 2020

PNC Bank, N.A.
3232 Newmark Drive
Miamisburg, OH 45342

Cabela's Club Visa
PO Box 82519
Lincoln, NE 68501-2519

Thomas A. Capehart
Gross McGinley LLP
33 South 7th Street
PO Box 4060
Allentown, PA 18105-4060

Capital One
PO Box 71083
Charlotte, NC 28272-1083

Capital One Auto Finance
c/o Ascension Capital Group
P.O. Box 165028
Irving, TX 75016-5028

Capital One Auto Finance
7933 Preston Road
Plano, TX 75024-2302

Capital One Auto Finance
c/o Ascension Capital Group fka
AIS Data Svcs dba Ascension Capital Grp
4515 N Santa Fe Ave Dept APS
Oklahoma City, OK 73118-7901

Capital One Auto Finance c/o AIS Portfolio S
P.O. BOX 4360
Houston, TX 77210-4360

Capital One Auto Finance c/o AIS Portfolio S
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One Auto Finance,
c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One Bank (USA) N.A Cabelas Club Visa
By American Infosource as agent
4515 N Santa Fe Ave.
Oklahoma City, OK 73118-7901

Capital One.Bank (USA) N.A Cabelas Club Visa
By American Infosource as agent
4515 N Santa Fe Ave.
Oklahoma City, OK 73118

Care Credit/Synchrony Bank
Bankruptcy Department
PO Box 965061
Orlando, FL 32896-5061

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-2321

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036-8625

Fingerhut
6250 Ridgewood Road
Saint Cloud, MN 56303-0820

First Commonwealth FCU
PO Box 20450
Lehigh Valley, PA 18002-0450

First Commonwealth Federal Credit Union
c/o: Fitzpatrick, Lentz & Bubba, attys
4001 Schoolhouse Lane, PO Box 219
Center Valley, PA 18034-0219

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Robert G. Heckman
154 Mahanoy Avenue
Tamaqua, PA 18252-4000

Terry L. Heckman
154 Mahanoy Avenue
Tamaqua, PA 18252-4000

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Christine Kinderdine
3232 Newmark Drive
Springboro, OH 45066

Nicole Bernadette LaBletta
Pincus Law Group, PLLC
2929 Arch Street
Suite 1700
Philadelphia, PA 19104-7327

MIDLAND FUNDING LLC
MIDLAND CREDIT MANAGEMENT, INC.
, as agent for MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090-2011

Mauch Chunk Trust Company
1111 North Street
Jim Thorpe, PA 18229-1716

Thomas K Noonan
306 Mahantongo
PO Box 210
Pottsville, PA 17901-3013

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946