Certificate Number: 15317-PAM-DE-035377612

Bankruptcy Case Number: 16-04645


15317-PAM-DE-035377612

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 17, 2021, at 7:42 o'clock PM PST, Robert G Heckman completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 17, 2021      By:    /s/Christel Raz

                                                             Name: Christel Raz

                                                             Title: Counselor

Certificate Number: 15317-PAM-DE-035377613

Bankruptcy Case Number: 16-04645


15317-PAM-DE-035377613

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 17, 2021</u>, at <u>7:42</u> o'clock <u>PM PST</u>, <u>Terry L Heckman</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>February 17, 2021</u>  By: <u>/s/Christel Raz</u>

Name: <u>Christel Raz</u>

Title: <u>Counselor</u>