United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Robert G. Heckman  
Terry L. Heckman  
    Debtors

Case No. 16-04645-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3  
Date Rcvd: Feb 18, 2021     Form ID: 3180W     Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert G. Heckman, Terry L. Heckman, 154 Mahanoy Avenue, Tamaqua, PA 18252-4000 |
| aty | | Christine Kinderdine, 3232 Newmark Drive, Springboro, OH 45066 |
| cr | + | SANTANDER BANK, N.A., 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |
| 4861401 | + | 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 4893215 | + | First Commonwealth FCU, PO Box 20450, Lehigh Valley, PA 18002-0450 |
| 4854441 | + | First Commonwealth Federal Credit Union, c/o: Fitzpatrick, Lentz & Bubba, attys, 4001 Schoolhouse Lane, PO Box 219, Center Valley, PA 18034-0219 |
| 4854443 | + | Mauch Chunk Trust Company, 1111 North Street, Jim Thorpe, PA 18229-1716 |
| 4854446 | + | Santander, 408 East Broad Street, Tamaqua, PA 18252-2108 |
| 4896015 | + | Santander Bank, N.A., c/o Thomas A. Capehart, Esq., 33 S Seventh Street, Allentown, PA 18101-2436 |
| 4854447 | | Sunoco, Inc, PO Box 6407, Sioux Falls, SD 57117-6407 |
| 4854450 | | True Value Comenity Capital Bank, Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Feb 18 2021 23:53:00 | Capital One Auto Finance, c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| cr | + | EDI: AISACG.COM | Feb 18 2021 23:53:00 | Capital One Auto Finance c/o AIS Portfolio Service, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | EDI: AISACG.COM | Feb 18 2021 23:53:00 | Capital One Auto Finance c/o AIS Portfolio Service, P.O. BOX 4360, Houston, TX 77210-4360 |
| 4854436 | | EDI: CAPITALONE.COM | Feb 18 2021 23:53:00 | Cabela's Club Visa, PO Box 82519, Lincoln, NE 68501-2519 |
| 4854437 | | EDI: CAPITALONE.COM | Feb 18 2021 23:53:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 4858086 | + | EDI: AISACG.COM | Feb 18 2021 23:53:00 | Capital One Auto Finance, c/o Ascension Capital Group fka, AIS Data Svcs dba Ascension Capital Grp, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 4854438 | + | EDI: CAPONEAUTO.COM | Feb 18 2021 23:53:00 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 4857513 | + | EDI: AISACG.COM | Feb 18 2021 23:53:00 | Capital One Auto Finance,, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5185631 | + | EDI: AIS.COM | Feb 18 2021 23:53:00 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118, Capital One Bank (USA) N.A Cabelas Club, By American Infosource as agent 73118-7901 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5185630 | + | EDI: AIS.COM | Feb 18 2021 23:53:00 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 4854439 | | EDI: RMSC.COM | Feb 18 2021 23:53:00 | Care Credit/Synchrony Bank, Bankruptcy Department, PO Box 965061, Orlando, FL 32896-5061 |
| 4891305 | + | Email/Text: bankruptcy@cavps.com | Feb 18 2021 19:39:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 4854442 | | EDI: FORD.COM | Feb 18 2021 23:53:00 | Ford Motor Credit, National Bankruptcy Service Center, PO Box 62180, Colorado Springs, CO 80962 |
| 4856910 | | EDI: FORD.COM | Feb 18 2021 23:53:00 | Ford Motor Credit Company LLC, Dept 55953, P O Box 55000, Detroit MI, 48255-0953 |
| 4854440 | + | EDI: BLUESTEM | Feb 18 2021 23:53:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 4854435 | | EDI: IRS.COM | Feb 18 2021 23:53:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 4889469 | + | EDI: MID8.COM | Feb 18 2021 23:53:00 | MIDLAND FUNDING LLC, MIDLAND CREDIT MANAGEMENT, INC., . as agent for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4863775 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 18 2021 19:39:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 4854444 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 18 2021 19:39:00 | PNC Mortgage, PO Box 1820, Dayton, OH 45401-1820 |
| 4896326 | | EDI: PRA.COM | Feb 18 2021 23:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4873056 | | EDI: Q3G.COM | Feb 18 2021 23:53:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4854445 | | EDI: RMSC.COM | Feb 18 2021 23:53:00 | Sam's Club, Synchrony Bank/Bankrutpcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 4854448 | | EDI: RMSC.COM | Feb 18 2021 23:53:00 | Synchrony Bank, Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 4854449 | | EDI: RMSC.COM | Feb 18 2021 23:53:00 | Synchrony Bank, Bankruptcy Department, PO Box 965061, Orlando, FL 32896-5061 |
| 4889468 | | EDI: CAPITALONE.COM | Feb 18 2021 23:53:00 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 4896017 | *+ | Santander Bank, N.A., c/o Thomas A. Capehart, Esq., 33 S Seventh Street, Allentown, PA 18101-2436 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2021       Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Elizabeth L Wassall | on behalf of Creditor PNC Bank National Association ewassall@udren.com, bankruptcy@udren.com |
| Nicole Bernadette LaBletta | on behalf of Creditor PNC Bank National Association nlabletta@pincuslaw.com, brausch@pincuslaw.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com |
| Thomas A. Capehart | on behalf of Creditor SANTANDER BANK N.A. jkacsur@grossmcginley.com, ehutchinson@grossmcginley.com |
| Thomas K Noonan | on behalf of Debtor 2 Terry L. Heckman tknesq@ptd.net tknesqam@ptd.net |
| Thomas K Noonan | on behalf of Debtor 1 Robert G. Heckman tknesq@ptd.net tknesqam@ptd.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robert G. Heckman<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9068<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Terry L. Heckman<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4645<br>EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  Middle District of Pennsylvania

Case number:  5:16–bk–04645–RNO

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert G. Heckman        Terry L. Heckman

<u>2/18/21</u>        **By the court:** <u>Robert N. Opel II</u>
              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**