UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| ROBERT G. HECKMAN | Case No.: 5-16-04645-RNO |
| TERRY L. HECKMAN | Chapter 13 |
| Debtor(s) | |

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | SANTANDER BANK |
| Court Claim Number: | 11 |
| Last Four of Loan Number: | 2707/PRE ARREARS/154 MAHANOY AVE |
| Property Address if applicable: | 154 MAHANOY AVENUE, , TAMAQUA, PA18252 |

**PART 2: CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $84.67 |
| b. | Prepetition arrearages paid by the Trustee: | $84.67 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $84.67 |

**PART 3: POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: February 25, 2021          Respectfully submitted,

         s/ Charles J. DeHart, III, Trustee
         Standing Chapter 13 Trustee
         Suite A, 8125 Adams Drive
         Hummelstown, PA 17036
         Phone: (717) 566-6097
         Fax: (717) 566-8313
         eMail: dehartstaff@pamd13trustee.com

Creditor Name: SANTANDER BANK
Court Claim Number: 11

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------------|-----------|----------|------------|
| 5200  | 1169274 | 06/13/2017 | $84.67    | $0.00    | $84.67     |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:
    ROBERT G. HECKMAN                        Case No.: 5-16-04645-RNO
    TERRY L. HECKMAN                         Chapter 13
          Debtor(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 25, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| THOMAS K. NOONAN, ESQUIRE<br>306 MAHANTONGO STREET<br>POTTSVILLE PA, 17901- | SERVED ELECTRONICALLY |
| SANTANDER BANK, N.A.<br>601 PENN STREET<br>10-6438-FB7<br>READING, PA, 19601 | SERVED BY 1ST CLASS MAIL |
| ROBERT G. HECKMAN<br>TERRY L. HECKMAN<br>154 MAHANOY AVENUE<br>TAMAQUA, PA 18252 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 25, 2021

                                                   s/    Donna Schott
                                                   Charles J. DeHart, III, Trustee
                                                   Standing Chapter 13 Trustee
                                                   Suite A, 8125 Adams Drive
                                                   Hummelstown, PA 17036
                                                   Phone: (717) 566-6097
                                                   Fax: (717) 566-8313
                                                   eMail: dehartstaff@pamd13trustee.com