<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor 1      _____

Debtor 2      _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____
                                                        (State)

Case number      _____

## Form 4100R

# Response to Notice of Final Cure Payment

**10/15**

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1:   Mortgage Information

**Name of creditor:**   Santander Bank, N.A. _____

**Court claim no.** (if known):
_____

**Last 4 digits** of any number you use to identify the debtor's account: ____ ____ ____ ____

**Property address:** _____
                 Number        Street

                                  _____
                 City                      State      ZIP Code

## Part 2:   Prepetition Default Payments

*Check one:*

☐ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

$ _____

## Part 3:   Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ____/____/____
                                                      MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:      (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:      + (b) $ _____

c. **Total**. Add lines a and b.      (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ____/____/____
                                        MM / DD / YYYY

**Part 4:**    **Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

**Part 5:**    **Sign Here**

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

❑ I am the creditor.

❑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ *Melissa A. Eplor*
      Signature                          Date _____

Print _____    Title   Bankruptcy Administrator
       First Name     Middle Name     Last Name

Company   Santander Bank, N.A.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   450 Penn St. MC: 10-421-MC3
        Number        Street

         Reading, PA 19602
        City                State     ZIP Code

Contact phone _____    Email   DeftBkr@santander.us

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In Re:                                              Chapter #13
Robert G Heckman and Terry L Heckman                Case No. 16-04645
                                                    Honorable Robert N Opel II

Debtor

_____/

## CERTIFICATE OF SERVICE

    I, Melissa A. Epler of Santander Bank, N.A., do hereby certify that on March 1, 2021, I caused to be served a copy of the Response to Notice of Final Cure Payment on the service list below by having a copy of the same mailed by the first class mail, postage prepaid or other method specified on service list.

    Signed under the penalties of perjury, this 1st day of March 2021.


*Melissa A. Epler*
_____
Melissa A. Epler
Santander Bank, N.A.
Bankruptcy Administrator
450 Penn Street
Reading, PA 19602
(610) 401-9312
Email: DeftBkr@santander.us


VIA US MAIL
Robert and Terry Heckman
154 Mahanoy Ave
Tamaqua, PA 18252

VIA ECF
Charles J Dehart
Chapter 13 Trustee
8125 Adams Drive Ste A
Hummelstown, PA 17063

Thomas K Noonan
Thomas K Noonan Attorney at Law, representing debtors
TKNESQ@PTD.NET

| Account Name: | Heckman | | Case #: | 16-04645 | | Last Payment Date: | 2/8/2021 |
| Account Number: | 4529592707 | | File Date: | 11/11/16 | | Contractual Due Date: | 2/26/2021 |
| Date Completed: | 02/26/21 | | Chapter: | 13 | | Post-petition Due Date: | 02/26/21 |

CONFIDENTIAL

| Transaction Date | Payment Amount Due | Amount Received | Fee/Cost Assessed | Description | Payment Due Date | Amount Past Due | Principal | Interest | Fees/Costs | Suspense | Principal Balance | Fees/ Costs Balance | Suspense Balance | Total Delinquency (pmts + fees - suspense) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Beginning Balance | | | | | | | $75,486.31 | $72.00 | $0.00 | |
| 10/31/16 | $207.15 | $0.00 | | Monthly Billing | 11/26/16 | $207.15 | | | | | $75,486.31 | $72.00 | $0.00 | $279.15 |
| 11/30/16 | $200.47 | $0.00 | | Monthly Billing | 11/26/16 | $407.62 | | | | | $75,486.31 | $72.00 | $0.00 | $479.62 |
| 12/06/16 | | $279.15 | | Regular Payment | 11/26/16 | $128.47 | | $279.15 | | | $75,486.31 | $72.00 | $0.00 | $200.47 |
| 12/31/16 | $207.15 | $0.00 | | Monthly Billing | 12/26/16 | $335.62 | | | | | $75,486.31 | $72.00 | $0.00 | $407.62 |
| 01/04/17 | | $200.47 | | Regular Payment | 12/26/16 | $135.15 | | $200.47 | | | $75,486.31 | $72.00 | $0.00 | $207.15 |
| 01/31/17 | $207.70 | $0.00 | | Monthly Billing | 01/26/17 | $342.85 | | | | | $75,486.31 | $72.00 | $0.00 | $414.85 |
| 02/01/17 | | $200.15 | | Regular Payment | 01/26/17 | $142.70 | | $200.15 | | | $75,486.31 | $72.00 | $0.00 | $214.70 |
| 02/28/17 | $202.10 | $0.00 | | Monthly Billing | 02/26/17 | $344.80 | | | | | $75,486.31 | $72.00 | $0.00 | $416.80 |
| 03/03/17 | | $207.70 | | Regular Payment | 02/26/17 | $137.10 | | $207.70 | | | $75,486.31 | $72.00 | $0.00 | $209.10 |
| 03/31/17 | $223.75 | $0.00 | | Monthly Billing | 03/26/17 | $360.85 | | | | | $75,486.31 | $72.00 | $0.00 | $432.85 |
| 04/04/17 | | $202.10 | | Regular Payment | 03/26/17 | $158.75 | | $202.10 | | | $75,486.31 | $72.00 | $0.00 | $230.75 |
| 04/30/17 | $216.53 | $0.00 | | Monthly Billing | 04/26/17 | $375.28 | | | | | $75,486.31 | $72.00 | $0.00 | $447.28 |
| 05/01/17 | | $223.75 | | Regular Payment | 04/26/17 | $151.53 | | $223.75 | | | $75,486.31 | $72.00 | $0.00 | $223.53 |
| 05/31/17 | $239.78 | $0.00 | | Monthly Billing | 05/26/17 | $391.31 | | | | | $75,486.31 | $72.00 | $0.00 | $463.31 |
| 06/19/17 | | $84.67 | | Trustee Payment | 05/26/17 | $378.64 | | $12.67 | $72.00 | | $75,486.31 | $0.00 | $0.00 | $378.64 |
| 06/30/17 | $232.04 | $0.00 | | Monthly Billing | 05/26/17 | $610.68 | | | | | $75,486.31 | $0.00 | $0.00 | $610.68 |
| 07/07/17 | | $239.78 | | Regular Payment | 05/26/17 | $370.90 | | $239.78 | | | $75,486.31 | $0.00 | $0.00 | $370.90 |
| 07/31/17 | $239.78 | $0.00 | | Monthly Billing | 06/26/17 | $610.68 | | | | | $75,486.31 | $0.00 | $0.00 | $610.68 |
| 08/01/17 | | $232.04 | | Regular Payment | 06/26/17 | $378.64 | | $232.04 | | | $75,486.31 | $0.00 | $0.00 | $378.64 |
| 08/31/17 | $255.81 | $0.00 | | Monthly Billing | 07/26/17 | $634.45 | | | | | $75,486.31 | $0.00 | $0.00 | $634.45 |
| 09/05/17 | | $239.78 | | Regular Payment | 07/26/17 | $394.67 | | $239.78 | | | $75,486.31 | $0.00 | $0.00 | $394.67 |
| 09/30/17 | $247.55 | $0.00 | | Monthly Billing | 08/26/17 | $642.22 | | | | | $75,486.31 | $0.00 | $0.00 | $642.22 |
| 10/03/17 | | $255.81 | | Regular Payment | 08/26/17 | $386.41 | | $255.81 | | | $75,486.31 | $0.00 | $0.00 | $386.41 |
| 10/31/17 | $255.81 | $0.00 | | Monthly Billing | 09/26/17 | $642.22 | | | | | $75,486.31 | $0.00 | $0.00 | $642.22 |
| 11/10/17 | | $255.81 | | Regular Payment | 09/26/17 | $386.41 | | $255.81 | | | $75,486.31 | $0.00 | $0.00 | $386.41 |
| 11/30/17 | $247.55 | $0.00 | | Monthly Billing | 10/26/17 | $633.96 | | | | | $75,486.31 | $0.00 | $0.00 | $633.96 |
| 12/31/17 | $255.81 | $0.00 | | Monthly Billing | 10/26/17 | $889.77 | | | | | $75,486.31 | $0.00 | $0.00 | $889.77 |
| 01/02/18 | | $247.55 | | Regular Payment | 10/26/17 | $642.22 | | $247.55 | | | $75,486.31 | $0.00 | $0.00 | $642.22 |
| 01/24/18 | | $642.22 | | Regular Payment | 11/26/17 | $0.00 | | $642.22 | | | $75,486.31 | $0.00 | $0.00 | $0.00 |
| 01/31/18 | $255.81 | $0.00 | | Monthly Billing | 02/26/18 | $255.81 | | | | | $75,486.31 | $0.00 | $0.00 | $255.81 |
| 02/28/18 | $245.53 | $0.00 | | Monthly Billing | 02/26/18 | $501.34 | | | | | $75,486.31 | $0.00 | $0.00 | $501.34 |
| 03/31/18 | $271.83 | $0.00 | | Monthly Billing | 02/26/18 | $773.17 | | | | | $75,486.31 | $0.00 | $0.00 | $773.17 |
| 04/18/18 | | $255.81 | | Regular Payment | 02/26/18 | $517.36 | | $255.81 | | | $75,486.31 | $0.00 | $0.00 | $517.36 |
| 04/30/18 | $263.06 | $0.00 | | Monthly Billing | 03/26/18 | $780.42 | | | | | $75,486.31 | $0.00 | $0.00 | $780.42 |
| 05/02/18 | | $245.53 | | Regular Payment | 03/26/18 | $534.89 | | $245.53 | | | $75,486.31 | $0.00 | $0.00 | $534.89 |
| 05/31/18 | $287.86 | $0.00 | | Monthly Billing | 04/26/18 | $822.75 | | | | | $75,486.31 | $0.00 | $0.00 | $822.75 |
| 06/05/18 | | $256.00 | | Regular Payment | 04/26/18 | $566.75 | | $256.00 | | | $75,486.31 | $0.00 | $0.00 | $566.75 |
| 06/30/18 | $278.58 | $0.00 | | Monthly Billing | 05/26/18 | $845.33 | | | | | $75,486.31 | $0.00 | $0.00 | $845.33 |
| 07/31/18 | $287.86 | $0.00 | | Monthly Billing | 05/26/18 | $1,133.19 | | | | | $75,486.31 | $0.00 | $0.00 | $1,133.19 |
| 08/31/18 | $303.89 | $0.00 | | Monthly Billing | 05/26/18 | $1,437.08 | | | | | $75,486.31 | $0.00 | $0.00 | $1,437.08 |
| 09/05/18 | | $287.86 | | Regular Payment | 05/26/18 | $1,149.22 | | $287.86 | | | $75,486.31 | $0.00 | $0.00 | $1,149.22 |

| Date | | | | Description | Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/30/18 | $294.09 | $0.00 | | Monthly Billing | 06/26/18 | $1,443.31 | | | | $75,486.31 | $0.00 | $0.00 | $1,443.31 |
| 10/01/18 | | $303.89 | | Regular Payment | 06/26/18 | $1,139.42 | $303.89 | | | $75,486.31 | $0.00 | $0.00 | $1,139.42 |
| 10/31/18 | $303.89 | $0.00 | | Monthly Billing | 07/26/18 | $1,443.31 | | | | $75,486.31 | $0.00 | $0.00 | $1,443.31 |
| 11/30/18 | $309.60 | $0.00 | | Monthly Billing | 07/26/18 | $1,752.91 | | | | $75,486.31 | $0.00 | $0.00 | $1,752.91 |
| 12/31/18 | $319.92 | $0.00 | | Monthly Billing | 07/26/18 | $2,072.83 | | | | $75,486.31 | $0.00 | $0.00 | $2,072.83 |
| 01/08/19 | | | $74.00 | Property Search | 07/26/18 | $2,072.83 | | | | $75,486.31 | $74.00 | $0.00 | $2,146.83 |
| 01/10/19 | | $309.60 | | Regular Payment | 07/26/18 | $1,763.23 | $309.60 | | | $75,486.31 | $74.00 | $0.00 | $1,837.23 |
| 01/31/19 | $319.92 | $0.00 | | Monthly Billing | 08/26/18 | $2,083.15 | | | | $75,486.31 | $74.00 | $0.00 | $2,157.15 |
| 02/05/19 | | $319.92 | | Regular Payment | 08/26/18 | $1,763.23 | $319.92 | | | $75,486.31 | $74.00 | $0.00 | $1,837.23 |
| 02/28/19 | $303.43 | $0.00 | | Monthly Billing | 09/26/18 | $2,066.66 | | | | $75,486.31 | $74.00 | $0.00 | $2,140.66 |
| 03/31/19 | $335.95 | $0.00 | | Monthly Billing | 09/26/18 | $2,402.61 | | | | $75,486.31 | $74.00 | $0.00 | $2,476.61 |
| 04/23/19 | | $335.95 | | Regular Payment | 09/26/18 | $2,066.66 | $335.95 | | | $75,486.31 | $74.00 | $0.00 | $2,140.66 |
| 04/30/19 | $325.11 | $0.00 | | Monthly Billing | 10/26/18 | $2,391.77 | | | | $75,486.31 | $74.00 | $0.00 | $2,465.77 |
| 05/01/19 | | | $969.00 | Bankruptcy Attorney | 10/26/18 | $2,391.77 | | | | $75,486.31 | $1,043.00 | $0.00 | $3,434.77 |
| 05/01/19 | | | $181.00 | Bankruptcy Cost | 10/26/18 | $2,391.77 | | | | $75,486.31 | $1,224.00 | $0.00 | $3,615.77 |
| 05/24/19 | | $601.85 | | Regular Payment | 10/26/18 | $1,789.92 | $601.85 | | | $75,486.31 | $1,224.00 | $0.00 | $3,013.92 |
| 05/31/19 | $335.95 | $0.00 | | Monthly Billing | 12/26/18 | $2,125.87 | | | | $75,486.31 | $1,224.00 | $0.00 | $3,349.87 |
| 06/27/19 | | $612.69 | | Regular Payment | 12/26/18 | $1,513.18 | $612.69 | | | $75,486.31 | $1,224.00 | $0.00 | $2,737.18 |
| 06/30/19 | $325.11 | $0.00 | | Monthly Billing | 02/26/19 | $1,838.29 | | | | $75,486.31 | $1,224.00 | $0.00 | $3,062.29 |
| 07/22/19 | | $601.85 | | Regular Payment | 02/26/19 | $1,236.44 | $601.85 | | | $75,486.31 | $1,224.00 | $0.00 | $2,460.44 |
| 07/31/19 | $335.95 | $0.00 | | Monthly Billing | 04/26/19 | $1,572.39 | | | | $75,486.31 | $1,224.00 | $0.00 | $2,796.39 |
| 08/27/19 | | $612.69 | | Regular Payment | 04/26/19 | $959.70 | $612.69 | | | $75,486.31 | $1,224.00 | $0.00 | $2,183.70 |
| 08/31/19 | $335.95 | $0.00 | | Monthly Billing | 06/26/19 | $1,295.65 | | | | $75,486.31 | $1,224.00 | $0.00 | $2,519.65 |
| 09/30/19 | $325.11 | $0.00 | | Monthly Billing | 06/26/19 | $1,620.76 | | | | $75,486.31 | $1,224.00 | $0.00 | $2,844.76 |
| 09/30/19 | | $612.69 | | Regular Payment | 06/26/19 | $1,008.07 | $612.69 | | | $75,486.31 | $1,224.00 | $0.00 | $2,232.07 |
| 10/28/19 | | $601.85 | | Regular Payment | 08/26/19 | $406.22 | $601.85 | | | $75,486.31 | $1,224.00 | $0.00 | $1,630.22 |
| 10/31/19 | $319.92 | $0.00 | | Monthly Billing | 10/26/19 | $726.14 | | | | $75,486.31 | $1,224.00 | $0.00 | $1,950.14 |
| 11/25/19 | | $596.66 | | Regular Payment | 10/26/19 | $129.48 | $596.66 | | | $75,486.31 | $1,224.00 | $0.00 | $1,353.48 |
| 11/30/19 | $294.09 | $0.00 | | Monthly Billing | 12/26/19 | $423.57 | | | | $75,486.31 | $1,224.00 | $0.00 | $1,647.57 |
| 12/31/19 | $287.86 | $0.00 | | Monthly Billing | 12/26/19 | $711.43 | | | | $75,486.31 | $1,224.00 | $0.00 | $1,935.43 |
| 01/06/20 | | $581.95 | | Regular Payment | 12/26/19 | $129.48 | $581.95 | | | $75,486.31 | $1,224.00 | $0.00 | $1,353.48 |
| 01/31/20 | $287.10 | $0.00 | | Monthly Billing | 02/26/20 | $416.58 | | | | $75,486.31 | $1,224.00 | $0.00 | $1,640.58 |
| 01/31/20 | | $287.10 | | Regular Payment | 02/26/20 | $129.48 | $287.10 | | | $75,486.31 | $1,224.00 | $0.00 | $1,353.48 |
| 02/25/20 | | $129.48 | | Regular Payment | 03/26/20 | $0.00 | $129.48 | | | $75,486.31 | $1,224.00 | $0.00 | $1,224.00 |
| 02/29/20 | $268.55 | $0.00 | | Monthly Billing | 03/26/20 | $268.55 | | | | $75,486.31 | $1,224.00 | $0.00 | $1,492.55 |
| 03/13/20 | | $449.83 | | Regular Payment | 03/26/20 | $0.00 | $268.55 | $181.28 | | $75,486.31 | $1,042.72 | $0.00 | $1,042.72 |
| 03/31/20 | $287.07 | $0.00 | | Monthly Billing | 04/26/20 | $287.07 | | | | $75,486.31 | $1,042.72 | $0.00 | $1,329.79 |
| 04/03/20 | | $287.86 | | Regular Payment | 04/26/20 | $0.00 | $287.07 | $0.79 | | $75,486.31 | $1,041.93 | $0.00 | $1,041.93 |
| 04/24/20 | | $288.00 | | Regular Payment | 05/26/20 | $0.00 | | $288.00 | | $75,486.31 | $753.93 | $0.00 | $753.93 |
| 04/30/20 | $277.81 | $0.00 | | Monthly Billing | 05/26/20 | $277.81 | | | | $75,486.31 | $753.93 | $0.00 | $1,031.74 |
| 05/31/20 | $191.17 | $0.00 | | Monthly Billing | 05/26/20 | $468.98 | | | | $75,486.31 | $753.93 | $0.00 | $1,222.91 |
| 06/05/20 | | $327.81 | | Regular Payment | 05/26/20 | $141.17 | $327.81 | | | $75,486.31 | $753.93 | $0.00 | $895.10 |
| 06/30/20 | $185.00 | $0.00 | | Monthly Billing | 06/26/20 | $326.17 | | | | $75,486.31 | $753.93 | $0.00 | $1,080.10 |
| 07/06/20 | | $277.81 | | Regular Payment | 06/26/20 | $185.00 | $141.17 | $136.64 | | $75,486.31 | $617.29 | $0.00 | $802.29 |
| 07/31/20 | $191.17 | $0.00 | | Monthly Billing | 07/26/20 | $376.17 | | | | $75,486.31 | $617.29 | $0.00 | $993.46 |
| 08/10/20 | | $200.00 | | Regular Payment | 07/26/20 | $191.17 | $185.00 | $15.00 | | $75,486.31 | $602.29 | $0.00 | $793.46 |
| 08/31/20 | $191.17 | $0.00 | | Monthly Billing | 08/26/20 | $382.34 | | | | $75,486.31 | $602.29 | $0.00 | $984.63 |
| 09/10/20 | | $201.17 | | Regular Payment | 08/26/20 | $191.17 | $191.17 | $10.00 | | $75,486.31 | $592.29 | $0.00 | $783.46 |
| 09/30/20 | $185.00 | $0.00 | | Monthly Billing | 09/26/20 | $376.17 | | | | $75,486.31 | $592.29 | $0.00 | $968.46 |
| 10/16/20 | | $201.17 | | Regular Payment | 09/26/20 | $175.00 | $201.17 | | | $75,486.31 | $592.29 | $0.00 | $767.29 |
| 10/31/20 | $191.17 | $0.00 | | Monthly Billing | 10/26/20 | $366.17 | | | | $75,486.31 | $592.29 | $0.00 | $958.46 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/10/20 | | $200.00 | | Regular Payment | 10/26/20 | $191.17 | | $175.00 | $25.00 | | $75,486.31 | $567.29 | $0.00 | $758.46 |
| 11/30/20 | $185.00 | $0.00 | | Monthly Billing | 11/26/20 | $376.17 | | | | | $75,486.31 | $567.29 | $0.00 | $943.46 |
| 12/07/20 | | $201.17 | | Regular Payment | 11/26/20 | $175.00 | | $201.17 | | | $75,486.31 | $567.29 | $0.00 | $742.29 |
| 12/31/20 | $191.17 | $0.00 | | Monthly Billing | 12/26/20 | $366.17 | | | | | $75,486.31 | $567.29 | $0.00 | $933.46 |
| 01/11/21 | | $200.00 | | Regular Payment | 12/26/20 | $166.17 | | $200.00 | | | $75,486.31 | $567.29 | $0.00 | $733.46 |
| 01/31/21 | $191.68 | $0.00 | | Monthly Billing | 01/26/21 | $357.85 | | | | | $75,486.31 | $567.29 | $0.00 | $925.14 |
| 02/08/21 | | $191.17 | | Regular Payment | 02/26/21 | $166.68 | | $191.17 | | | $75,486.31 | $567.29 | $0.00 | $733.97 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |